STATE of Missouri, Respondent,

v.

**Adam Robert MARTIN, Appellant.**

**No. WD 75895.**

Missouri Court of Appeals, Western District.

Feb. 4, 2014.

Motion for Rehearing and/or Transfer to Supreme Court Denied March 4, 2014.

Application for Transfer Denied April 29, 2014.

William Swift, Columbia, MO, for Appellant.

Robert Bartholomew, Jr., Jefferson City, MO, for Respondent.

Before Division Four: JAMES EDWARD WELSH, C.J., ALOK AHUJA, and CYNTHIA L. MARTIN, JJ.

**ORDER**

PER CURIAM:

Adam Robert Martin appeals the circuit court's judgment convicting him of sexual assault, after a jury trial. We affirm. Rule 30.25(b).